

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2014

No. 04-14-00739-CV

**IN THE INTEREST OF L.M.D.M.,** a child,

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13426
Honorable Robert R. Barton, Judge Presiding

# O R D E R

The court reporter's notification of late record is this date NOTED. The reporter's record is due on November 3, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2014.

_____
Keith E. Hottle
Clerk of Court